FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN -7 P 1: 54

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                    Civil No. S- 02-1083

**Deanne T. Harris,**

    **Defendant.**

....oOo.....

## JUDGMENT BY DEFAULT

The plaintiff has moved, pursuant to Rule 55(b)(2), Fed. R. Civ. Pr., for a judgment by default, an entry of default having been made by the Clerk on _June 7, 2002_ for want of answer or other defense. The court having reviewed the entire record, it appears that: (1) the defendant has been properly served; (2) the defendant has not appeared in this action; (3) the plaintiff has established a factual and legal basis for its claim against the defendant; and (4) a hearing on the nature or amount of the plaintiff's claim is unnecessary.

Accordingly, it is this _7th_ day of _June_, 2002, ORDERED:

1. Judgment by default is hereby entered in favor of the plaintiff, and against the defendant, in the amount of $4,424.74 (principal of $2,792.42, interest in the amount of $1,632.32 through May 2, 2002 and administrative costs of $.00) plus prejudgment interest at the rate of 8% per annum from May 2, 2002 until the date of judgment, interest at the legal rate from the date of judgment until paid in full, and costs for filing fees in the amount of $150.00 pursuant to 28 U.S.C. §1914.

MICROFILMED
JUN -7 2002

_____
FREDERIC N. SMALKIN
U.S. DISTRICT JUDGE