IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. : Criminal No. S-02-1083

DEANNE T. HARRIS, :

    Defendant, :

Maxim Healthcare Service, :
7080 Samuel Morse Drive
Columbia, Maryland 21046, :

    Garnishee. :

.....oOo.....

Mr. Clerk:

Plaintiff, United States of America, hereby withdraws its request for a Writ of Attachment on Wages and for cause therefore states:

Arrangement were made for the defendant to pay the agency directly.

                        Respectfully submitted,

                        Rod J. Rosenstein
                        United States Attorney

By: _____
John W. Sippel, Jr.
Assistant United States Attorney
36 South Charles Street
Baltimore, Maryland 21201
(410) 209-4800
(Trial Bar No. 25484)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_\_\_\_11\_\_\_\_\_ day of July, 2007, a copy of the foregoing was mailed, postage prepaid, to:

Maxim Healthcare Service, Inc
7080 Samuel Morse Drive
Columbia, Maryland 21046

_____
John W. Sippel, Jr.
Assistant United States Attorney